*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN T. ROMERO ) <br> ) <br>     Plaintiff, ) <br> ) <br>  v. ) <br> ) <br> MICHAEL HENNESSEY and JONES ) <br> STAR, ) <br> ) <br>     Defendants. ) <br>  ) | No. C 08-4675 RMW (PR) <br><br> ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST FOR THIRTY-DAY CONTINUANCE OF DEADLINE <br><br> (Docket No. 8) |

    Good cause appearing, defendants' request for an extension of time to file a dispositive motion is GRANTED.  Defendants shall file a dispositive motion no later than **thirty (30) days** from the filing date of this order.  Plaintiff's opposition, or statement of non-opposition, will be due **thirty (30) days** thereafter, and defendants **shall** file a reply brief within 15 days of the date any opposition is filed by plaintiff.

    This order terminates docket no. 8.

    IT IS SO ORDERED.
DATED:  3/16/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge