IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN T. ROMERO, | ) | No. C 08-4675 RMW (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| MICHAEL HENNESSEY and JONES STAR, | ) ) ) | |
| Defendants. | ) ) | |

The court has granted defendants' motion for summary judgment. Judgment is entered in favor of defendants and against plaintiff. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/5/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Romero675jud.wpd